# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-2159

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Western District of Missouri. |
| Scat, Inc., | * | |
| | * | [UNPUBLISHED] |
| Defendant, | * | |
| | * | |
| Gary Ivan Terry, | * | |
| | * | |
| Appellant. | * | |
| | * | |
| ------------------------ | * | |
| | * | |
| Gary Ivan Terry, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | |
| Pamela K. Bible, Brooks Air Force | * | |
| Base Contracting Officer; Terry G. | * | |
| Edwards, Team Chief, Brooks Air | * | |
| Force Base; Brad Smith, Technical | * | |
| Sergeant, Ellsworth Air Force Base; | * | |
| John S. Schoonmaker, 2nd Lieutenant, | * | |
| Ellsworth Air Force Base; Richard L. | * | |
| Zimmerman, GSA Supply Technician; | * | |
| Gary J. Miner, Lieutenant Colonel, | * | |

Arkansas Army National Guard; Gay   *
Kirkpatrick, GSA Contracting Officer;   *
Bonnie Bryson, GSA Contracting   *
Officer; Tom Foster; GSA Contracting   *
Officer; Joanne Offill, GSA   *
Contracting Officer; Ellen F. Upchurch, *
GSA Contracting Officer; Larry G.   *
Camp, GSA Director of Inventory &   *
Requisition Management Division;   *
Marsha A. Martin, Supervisor of   *
Contract Analysis; Shaloy Castle-   *
Higgins, GSA Branch Chief of   *
Contracting Division; Pat L. Loomis,   *
GSA Director; John R. Pontius, GSA   *
Special Agent for the Office of   *
Inspector General; Lee W. Crook, GSA *
Assistant Regional Counsel; Jerry Ann   *
Foster, GSA Senior Regional Counsel;   *
Charles R. Brown, prior attorney for   *
plaintiffs; James C. Bohling, Assistant   *
United States Attorney; Linda Parker   *
Marshall, Assistant United States   *
Attorney,   *
  *
   Appellees.   *

_____

Submitted: June 4, 2004
Filed: June 17, 2004

_____

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.

-2-

Ivan Terry appeals the district court's[1] order granting the government's Fed. R. Civ. P. 41(a)(2) motion to voluntarily dismiss, striking Terry's counterclaim, and dismissing Terry's motion to seek judicial review of an administrative decision. After carefully reviewing the record and the parties' briefs, we affirm. We also deny Terry's unsupported recusal motion. See 8th Cir. R. 47B.

_____

[1]The Honorable Fernando J. Gaitan, Jr., United States District Judge for the Western District of Missouri.